UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:13-cv-394- SEB-MJD |
| vs. ) | |
| ) | |
| GREG PEARSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Plaintiff has filed nothing in response to the Court's Order dated December 2, 2013. This cause is, therefore, DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Date: 12/31/2013

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Dale William Arnett
ATTORNEY AT LAW
larnett1@frontier.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com